| ROSALIND PEYCHAUD, NEAL MORRIS AS OFFICER AND MEMBER OF NEW ORLEANS APARTMENT MANAGEMENT AND MARKETING, LLC | * | NO. 2021-CA-0686 |
|---|---|---|
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| VERSUS | * | |
| | * | |
| ERROLL WILLIAMS, IN HIS OFFICIAL AND INDIVIDUAL CAPACITY AS THE ASSESSOR OF ORLEANS PARISH, THE LOUISIANA TAX COMMISSION, AND NORMAL WHITE IN HIS CAPACITY AS THE CHIEF FINANCIAL OFFICER FOR THE CITY OF NEW ORLEANS AND DEPARTMENT OF FINANCE | * | |

* * * * * * *

DLD DYSART, J., CONCURS WITH REASONS

I concur with the result reached by the majority, however, I believe that plaintiffs have lodged a legality, rather than a correctness challenge. Here, the plaintiffs' grievance is that Assessor Williams arbitrarily reduced the rates of some entities which, in turn, made plaintiffs' *ad valorem* tax rates artificially high. Thus, I would affirm the trial court's granting of defendant's exception of prescription as well as the court's denial of the remaining exceptions as moot.